UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

WADE CASPER GALLOWAY          CIVIL ACTION NO. 08-cv-1975

VERSUS          JUDGE STAGG

OFFICER MORRISON, ET AL          MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion for Summary Judgment (Doc. 40)** is **granted** and all claims against Defendants are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___1st___ day of ___September___, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE